KOH
DJD: USAO 2021R00525

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

Dec 09, 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___MD___ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CASE NO. __GLS-21-3231__ |
| v. | * | |
| | * | CASE NO. __GLS-21-3232__ |
| THADDEUS LAMONT WILLS, | * | |
| KEIONTA SHAWN HAGENS, and | * | CASE NO. __GLS-21-3233__ |
| QUASEAN MARKUAL REEVES, | * | |
| | * | **FILED UNDER SEAL** |
| Defendants | * | |
| | * | |

*******

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINTS AND ARREST WARRANTS**

I, Timothy Kyle Koch, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I make this affidavit in support of an applications for criminal complaints and arrest warrants.

2. Based on the following facts, I submit that there is probable cause to believe that, on or about November 17, 2020, **THADDEUS LAMONT WILLS** ("**WILLS**") and **KEIONTA SHAWN HAGENS** ("**HAGENS**") committed Hobbs Act Robbery, in violation of 18 U.S.C. § 1951, and Use, Carry, and Brandish a Firearm during and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c). I also submit, based on the following facts, that there is probable cause to believe that, on or about January 6, 2021, **WILLS** and **QUASEAN MARKUAL REEVES** ("**REEVES**") committed Carjacking, in violation of 18 U.S.C. § 2119, and Use, Carry, and Brandish a Firearm during and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c).

**AGENT BACKGROUND**

3. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since 2011. I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, I am a Special Agent with the FBI empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses and other agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaints and arrest warrants and does not set forth all my knowledge about this matter.

**PROBABLE CAUSE**

A. November 12, 2020 Robbery and Carjacking at Business 1 in Clinton, Maryland

5. On November 12, 2020, at approximately 5:35 a.m., law enforcement responded to Business 1, a convenience store located on Piscataway Road in Clinton, Maryland, after receiving a call for a commercial armed robbery. Upon arrival, officers met with Victim 1, the store clerk, and Victim 2, who advised that they were robbed. Victim 1[1] stated that two unknown subjects entered the store, pointed handguns at Victim 1 and Victim 2, and said, "you know what time it is." Subject 1 demanded money, assorted cigarettes, and phone chargers from Victim 1. Subject 2 approached Victim 2 and told Victim 2 to get on the ground. Subject 2 took Victim 2's cell phone, wallet, and keys. Both Subjects fled from the store. Subject 1 entered a dark-colored pickup truck

---

[1] The names of victims are anonymized and identifiers for victims' property has been edited to protect the identity of the victims of these crimes. The names and identities of the businesses, victims, and witnesses are all known to me. For purposes of this affidavit, all victims and witnesses are referred to using male pronouns, regardless of gender.

2

and Subject 2 entered Victim 2's black 2016 Dodge Ram 1500 pickup truck, bearing MD tag ending in 609 and VIN ending in 886. The subjects fled on Piscataway Road toward Branch Avenue.

6. This robbery was captured on video. The gunman was wearing a shirt with bleach stains and a distinct gaiter mask. Victim 2 left his shirt from his employer in the Ram. As set forth below, Victim 2's shirt was recovered from a dark-colored pickup truck after the robbery of Business 2.

B. November 17, 2020 Robbery at Business 2 in La Plata, Maryland

7. On November 17, 2020, Witness 1 was across the street from Business 2, a liquor store located on Hawthorne Road in La Plata, Maryland, when he noticed the subjects loading items into the back of a black Ford F-150.[2] Witness 1 then saw the F-150 flee on Hawthorne Road. After calling emergency services, Witness 1 walked into Business 2 and saw the clerk, Victim 3, behind the counter with his hands bound. Law enforcement arrived on scene at approximately 3:34 p.m. and located three victims inside Business 2. Based on the evidence described below, including surveillance video which depicts subjects matching the description of **HAGENS** and **WILLS**, social media postings by **HAGENS** shortly after the robbery and in the location of recovered evidence from the robbery, statements made by **HAGENS**, and **HAGENS**'s and **WILLS**'s DNA on recovered evidence linked to the robbery, I believe that **WILLS** and **HAGENS** were the suspects who robbed Business 2.

---

[2] Law enforcement has identified the owner of the F-150, which was reported stolen in October 2020 in King George, VA.

8. The initial investigation revealed that at approximately 3:19 p.m., Victim 3 was the only employee working at Business 2. **WILLS** and **HAGENS** were sitting in the F-150 in the parking lot next to some grass then backed into a parking spot near the front door of Business 2. Shortly after Victim 4 walked into Business 2, **WILLS** and **HAGENS** entered the store. Approaching Victim 4, **WILLS** retrieved a black handgun from his waistband and made demands for money. **HAGENS** climbed the counter, placed Victim 3 on the floor, and bound Victim 3's hands with black zip ties. **HAGENS** then began taking money from a cash register and placing it into a plastic bag taken from the store. **WILLS** brought Victim 4 behind the counter and forced Victim 4 to lay on the floor. **HAGENS** forced Victim 3 to open a second cash register and emptied the contents. **WILLS** began rummaging through the shelves below the counter and located a safe, which **WILLS** ordered Victim 3 to open. **HAGENS** removed cash from the safe. **WILLS** and **HAGENS** began carrying merchandise from inside the store to the outside, leaving the victims alone inside.

9. **WILLS** ordered Victim 3 to show **WILLS** where the store's surveillance recording device was located. As **WILLS** escorted Victim 3 upstairs to the location of the recording device, **WILLS** placed a gun to Victim 3's head and told Victim 3 that **WILLS** would shoot Victim 3 unless he hurried. While **WILLS** was upstairs taking the recordings, **HAGENS** continued putting liquor, cigarettes, and cigars into a carboard box that **HAGENS** placed by the door. At this time, Victim 5 walked into the store. **HAGENS** ordered Victim 5 to the floor and stole Victim 5's wallet. **WILLS** then retrieved a trash bag and continued to steal merchandise, including 750 ml bottles of Patron, five-pack Backwoods cigars, Backwoods single cigars, a laptop bag, a BB&T deposit bag,

4

eighteen boxes of incense,[3] five cartons of Newport cigarettes, and one 750 ml bottle of Moet. At approximately 3:31 p.m., **WILLS** and **HAGENS** picked up an ATM and carried it outside to the F-150. **WILLS** and **HAGENS** fled on Hawthorne Road after being in the store for approximately 12 minutes.

10. The store was equipped with two recording devices. **WILLS** only found and took one of the recordings. Law enforcement reviewed the remaining video surveillance, which showed the clothing **WILLS** and **HAGENS** wore at the time of the robbery. **WILLS** wore the same bleached shirt and gaiter mask seen at the robbery of Business 1. **HAGENS** used blue gloves and wore the shirt that Victim 2 left in the vehicle that was taken after the robbery of Business 1.

11. On January 14, 2021, law enforcement reviewed **HAGENS**'s publicly available Facebook page, and observed two Facebook Live videos that were posted on November 18, 2020.

12. The first Facebook video was captured from the back seat a truck or SUV. In the video, the vehicle was traveling on what appeared to be an isolated dirt or gravel road in a wooded area. This road is consistent with Simms Lane in Brandywine, Maryland.[4] The front seat passenger of the vehicle was wearing a puffy camouflage coat. One Facebook user commented, "Hi monnie" on the video.[5] Another user commented, "Monnie back on the scene chilling with the gangsta lean." The second video was captured from the bed of a truck. The video was traveling on a dirt

---

[3] Boxes of incense were recovered from **HAGENS**'s residence on January 19, 2021.

[4] In a custodial interview on January 19, 2021, **WILLS** said that he knew "everyone" in the houses near Simms Lane.

[5] **WILLS** has provided a nickname of "Monnie" to law enforcement in the past. I believe the front seat passenger in the vehicle was **WILLS**.

5

road and crossed over what I know to be Simms Lane in Brandywine, Maryland. Once the vehicle crossed over Simms Lane, it entered another dirt path, traveled a short distance, and then stopped.

13. On November 26, 2020, law enforcement saw an F-150, Ram, ATM pieces and receipts, and a DVR recording device at the end of a dirt road. They also found blue latex gloves like the ones seen worn by **HAGENS** in the video of the robbery of Business 2. The location where the vehicle stopped in the second Facebook video was approximately 100 yards from where the F-150 used in the robbery on November 17, 2020 was located.[6] Within feet of where the vehicle stopped in the second video, law enforcement also recovered: the top half of a Genmega ATM, serial number SRBK059286; a paper ATM receipt belonging to Business 2; a Luger .9mm shell casing; a plastic ATM sign; documents associated with the Ford F-150; and a black DVR stolen from Business 2 during the robbery.

14. Based on a comparison of the still shots of the truck from the second Facebook video described above and images taken of the recovered F-150 used in the Business 2 robbery, I believe that the second video was captured from the bed of the F-150 used in the armed robbery at Business 2.

15. **HAGENS**'s DNA was on the zip ties and the blue gloves, and **WILLS**'s DNA was on cigarettes recovered from the F-150. In a post-*Miranda* custodial interview on January 19, 2021, **HAGENS** admitted to being at Business 2 with **WILLS**, but claimed that **HAGENS** paid for his items and fell asleep in the car.

---

[6] Law enforcement identified the F-150 by a sticker seen in the video footage during the robbery of Business 2, mud patterns, items recovered from the back of the F-150, and **HAGENS**'s admissions on January 19, 2021.

C. January 2, 2021 Robbery at Business 3 in Aquasco, Maryland

16. On January 2, 2021, at approximately 8:28 a.m., officers responded to Business 3, a farm-equipment supplier in Aquasco, Maryland, for the report of a carjacking. Upon arrival, the officers met with Victim 6 and Victim 7, who advised that a suspect robbed them at gunpoint and took Victim 7's vehicle. Based on evidence described below, I believe that Business 3 was robbed by **WILLS** and **REEVES**.

17. According to Victim 6 and Victim 7, they were working at Business 3 when they saw a blue sedan drive by. The suspect approached Business 3 on foot and asked questions about the services that Business 3 provided and asked to use a restroom. When the suspect and victims entered Business 3 to further discuss the services provided, the suspect pointed a black handgun at the victims and made demands to the victims, including "give me the money." Victim 6, in fear for his life, unwillingly gave the suspect $300. Victim 7 unwillingly gave $10 and explained that all Victim 7's belongings were in Victim 7's vehicle in the parking lot. The suspect then demanded that Victim 7 take the suspect to Victim 7's vehicle. While Victim 7 and the suspect were at Victim 7's vehicle, Victim 6 exited Business 3, got in one of Business 3's vehicles, backed up to where Victim 7 and the suspect were, and yelled for Victim 7 to get in.

18. As Victim 6 and Victim 7 fled the parking lot, Victim 8 entered the parking lot of Business 3. The suspect then got into an altercation with Victim 8, firing several shots at Victim 8 and Victim 8's vehicle. Victim 8 then fled the area in his truck to Hughesville, Maryland, where an ambulance was called to treat Victim 8 for his multiple gunshot wounds. Victim 6 and Victim 7 returned to Business 3 and observed shell casings on the ground and Victim 7's Ford F-150 missing.

19. Sometime after the robbery and shooting at Business 3, the blue sedan that drove past Business 3 and Victim 8's F-150 crashed. On January 5, 2021, law enforcement interviewed a cousin of **REEVES**, who was the owner of the blue sedan. The cousin said that **REEVES** took the car, and that the cousin had not gotten it back. On January 8, 2021, a firearm magazine with eleven rounds was recovered from the blue sedan.

D. January 2, 2021 Carjacking in Accokeek, Maryland

20. On January 2, 2021, at approximately 11:27 a.m., law enforcement responded to Accokeek Road in Accokeek, Maryland for the report of an armed carjacking. Upon their arrival, officers met with Victim 9 and Victim 10, who advised they were carjacked at gunpoint. Victim 9 was looking at a vehicle that was for sale on the side of the road. Two unknown subjects approached on foot, each carrying a large duffle bag. Subject 1—described as a Black male, approximately 6'0" tall, between 30–35 years old, and with a thin build—approached Victim 9, put a black handgun to Victim 9's forehead, and said, "give me the keys." Victim 9, being in fear for his life, replied that the keys were still in the vehicle. Subject 1 and Subject 2—described as a Black male, approximately 5'6" tall, 25 years old, and with a thin build—got into Victim 9's vehicle, a blue 2001 Chevy Silverado bearing MD tag ending in 980, and fled on Accokeek Road towards Gardner Road. Law enforcement recovered Victim 9's vehicle from Simms Lane later that day.

21. Law enforcement presented Victim 9 and Victim 10 with six-pack photo arrays. Victim 10 identified **REEVES**, but **WILLS** was not identified. Instead, Victim 10 selected another individual, who looked like **WILLS** and was arrested with **REEVES** the year before.[7] Law

---

[7] Victim 8 identified the same individual as Victim 10.

8

enforcement developed **WILLS** as a suspect based on subsequent investigation. **WILLS** was not in the six-pack photo arrays presented to the victims.

E. January 6, 2021 Carjacking in Waldorf, Maryland

22. On January 6, 2021, at approximately 11:15 p.m., law enforcement responded to O'Donnell Place in Waldorf, MD for a reported armed carjacking. Upon their arrival, Victim 11 informed law enforcement that two armed Black males stole his silver 2008 Honda Pilot, bearing Maryland tag ending in 6M7. The suspects, who I believe were **WILLS** and **REEVES** based on evidence, including statements made by **WILLS** and **REEVES** (including **REEVES**'s admission that he and **WILLS** committed the carjacking) and video surveillance of **WILLS** using Victim 11's stolen credit card, also stole Victim 11's smartphone and wallet, which contained several cards.

23. According to Victim 11, at approximately 11:10 p.m., Victim 11 drove to a hotel on O'Donnell Place, where Victim 11 had been staying that week. As Victim 11 was backing into a parking spot behind the hotel, Victim 11 observed a male sitting on a light pole just in front of Victim 11's view. After putting the vehicle into park, he exited the vehicle and walked to the rear driver-side door to get some more of Victim 11's belongings. When Victim 11 opened the door and reached in, Victim 11 saw the male standing on the other side of the door. After Victim 11 closed the door, the male said, "give me your keys."

24. Victim 11 noticed that the male was pointing a light grey Glock-style handgun directly at Victim 11, who was then struck from behind on the left side of his head by a solid metal object. Victim 11 fell to the ground on his knees.

25. Once on the ground, Victim 11 noticed a second male who was standing behind Victim 11 and armed with a dark-colored revolver handgun. Victim 11 managed to get up and start

9

running to get away from the males. Both males chased Victim 11 through the parking lot. One of the males tripped Victim 11 from behind, causing Victim 11 to fall to the ground. The suspects stood on opposite sides of Victim 11 and pointed their guns directly at Victim 11. While Victim 11 was on hands and knees, one of the males said, "you trying to die over your vehicle." In fear for his life, Victim 11 reached into his coat jacket, grabbed his vehicle key, and tossed the key to his left. After Victim 11 threw the key, one of the males said, "where's your wallet at." Victim 11 reached into his coat pocket, grabbed his wallet, and tossed the wallet to his right. The subjects reached down and picked up the car keys and wallet. The males then said to Victim 11, "take off running and don't look back." Before Victim 11 was able to get up off the ground, both males ran towards his vehicle and got into the vehicle. Once the two males started Victim 11's vehicle, they sped out of the parking lot toward St. Patrick's Drive.

26. Victim 11 described the first suspect he saw sitting on the light pole as a Black male, approximately 5'10," between 150 and 160 pounds, medium complexion, and with a skinny build. The male was wearing a black Helly Hansen jacket with red piping on the shoulders, a black mask, dark pants, a black beanie-style cap, and a black bookbag. Victim 11 described the second suspect as a Black male, approximately 5'10," between 150 and 160 pounds, and with a skinny build. The male was wearing a black mask, dark pants, and a black beanie-style cap.

27. The next day, at approximately 3:29 a.m., two suspects committed an armed robbery at a gas station located in Woodbridge, Virginia. According to surveillance video and witness statements, the subjects arrived at the gas station in Victim 11's silver Honda Pilot at approximately 3:26 a.m. The first subject was a Black male wearing a black hoodie with red lettering, a red facemask, grey sweatpants, and black Nike Huarache shoes. The subject was armed with a black semi-automatic handgun. The second subject was a Black male wearing black pants,

a navy-blue coat, and a black facemask. The second subject was armed with a silver revolver. Based on details gathered in the investigation, I believe that the first subject was **WILLS** and that the second subject was **REEVES**. After taking the belongings of several victims, **WILLS** and **REEVES** left the store at approximately 3:45 a.m. in Victim 11's vehicle. Shortly after the robbery at the gas station, **WILLS** and **REEVES** successfully evaded police with the same Honda Pilot, which was later found in Prince George's County on January 7, 2021, having been burnt.

28. Victim 11 discovered that his stolen credit card ending in 1809 had been used by the suspects. Victim 11's bank account statement showed that the card was used in Ft. Washington, Maryland within an hour of Victim 11's robbery. Law enforcement obtained video footage of the transaction, which showed a Black male wearing a puffy camouflage jacket and a red face covering with a black design on it.

29. In a recorded, post-*Miranda* custodial interview on January 19, 2021, **WILLS** admitted to using Victim 11's credit card within an hour of stealing the credit card. In a recorded, post-*Miranda* custodial interview on January 19, 2021, **REEVES** admitted that he and **WILLS** did the carjacking.

30. Law enforcement located previous arrest photographs of **WILLS** and compared them to the image of the gunman during the Business 2 robbery, Suspect 1 from the Woodbridge gas station robbery, and an image of the male using Victim 11's stolen credit card. The images are all consistent with **WILLS**'s prior arrest photographs.

F. January 7, 2021 Carjacking in Oxon Hill, Maryland

31. On January 7, 2021, at approximately 6:15 a.m., law enforcement responded to a call for an armed carjacking on Pats Lane in Fort Washington, Maryland. Once on scene, officers

11

encountered Victim 12, who advised that he was carjacked at his workplace on Livingston Road in Oxon Hill, Maryland.

32.     According to Victim 12, he exited his black Nissan Titan, bearing Maryland tag ending in 552, to open the front gate of his workplace when a light-colored SUV pulled behind his vehicle. Two subjects got out of the SUV and approached Victim 12. Subject 1 pointed a silver handgun at Victim 12 and said, "give me what you got." Victim 12, being in fear for his life, complied with the subject's demands and gave the subject his brown leather wallet containing a $10.00 bill and an Apple I-Phone 8 Plus with a black Otterbox case. Subject 1 then stole Victim 12's vehicle and fled toward Indian Head Highway.

33.     A six-pack photo array containing a photo of **REEVES** was shown to Victim 12, who positively identified **REEVES** as one of the suspects who carjacked him at gunpoint for his black Titan. On January 8, 2021, at approximately 12:19 p.m., law enforcement located the abandoned Titan on Dartmouth Road in Waldorf, Maryland, approximately 1.5 miles from the address that **REEVES** was staying at during this period, as further described below.

G.   January 18, 2021 Fatal Robbery and Carjacking in Fort Washington, Maryland

34.     On January 18, 2021, at approximately 1:02 p.m., law enforcement received a 911 call from a female advising that her husband was robbed and carjacked at Business 4, located on Livingston Road in Fort Washington, Maryland. Responding officers arrived and spoke with Victim 13 and Victim 14 about the robbery. Officers looked inside the employee bulletproof counter area and saw a male on the floor who appeared to be shot. Victim 15, unresponsive and suffering from gunshot wounds, was pronounced dead at 1:30 p.m.

35.     Surveillance video recovered from the location shows Victim 15 inside of a bulletproof employee counter area. Three suspects entered Business 4 posing as customers.

Suspect 1 and Suspect 2 approached the door to the employee area, at which point Suspect 1 fired one round, striking the floor. Suspect 2 moved around to the front of the store and fired once through the window area in Victim 15's direction. Suspect 1 then fired through the window area, striking Victim 15. Suspect 2 and Suspect 3 fled the business at this point. Suspect 1 attempted to climb through the window twice before giving up.

36. Unaware of what just happened, Victim 13 entered Business 4 and was confronted by Suspect 1, who was holding a handgun. Suspect 1 demanded Victim 13's keys and wallet. Suspect 1 then walked outside and confronted Victim 14, who was sitting in his van. Suspect 1 displayed the handgun in his waistband and ordered Victim 14 inside of Business 4. Suspect 1 followed Victim 14 inside and picked up Victim 13's wallet and keys. Suspect 1 exited Business 4 and fled in Victim 13's 2019 red Lexus RX350, bearing a Maryland tag ending in 7CG. The Lexus was later found on La Plata Road in La Plata, Maryland.

37. The Charles County Sheriff's Office executed a state search warrant at the residence where **HAGENS**, **WILLS**, and **REEVES** reside in Waldorf, Maryland on January 19, 2021 and recovered evidence of the robbery and carjacking at Business 4, including a .45 caliber Taurus revolver, Speer .45 caliber ammunition that matched the casings recovered from Business 4, and clothing worn during the homicide. Based on NIBIN, the Taurus recovered was used during the robbery of Business 4.

## CONCLUSION

38. Based on the above facts and information, I believe that there is probable cause to issue the proposed criminal complaints and arrest warrants.

Respectfully submitted,

_____
Timothy Kyle Koch, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this __8th__ day of December 2021.

_____
HONORABLE GINA L. SIMMS
UNITED STATES MAGISTRATE JUDGE