IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC 22-48 |
| | * | |
| THADDEUS LAMONT WILLS, and | * | |
| KEIONTA SHAWN HAGENS, | * | |
| | * | |
| | * | |
| Defendants. | | |

\*\*\*\*\*\*\*

## JOINT STATUS REPORT

The parties are submitting this Joint Status Report as directed in paragraph number 6 of the Court's Order dated November 30, 2023 (ECF 210), regarding any potential *Bruton* issues with the Government's introduction of portions of statements made by defendant Hagens during a joint trial of defendants Wills and Hagens.

On December 7, 2023, Government counsel provided the defense portions of the Hagens statements that the Government intended to introduce during a joint trial, including the beginning and ending times on the recordings and corresponding page and line from the transcripts for the interviews. Defense counsel reviewed the portions of the interviews and do not intend to make any *Bruton* related objections to the Government using these portions of Hagens' statements during a joint trial of defendants Wills and Hagens.

Even though this report is being filed by counsel for the Government, it was reviewed and approved by counsel for the defendants before filing and is to be considered as a Joint Status Report.

Respectfully submitted,

Erek L. Barron
United States Attorney
District of Maryland


By: _____
William D. Moomau
Patrick D. Kibbe
Assistant United States Attorneys
United States Attorney's Office
6500 Cherrywood Lane, Suite 200
Greenbelt, MD  20770


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 28th day of December, 2023, the foregoing Joint Status Report

was filed electronically and thus served upon defense counsel.


_____
William D. Moomau
Assistant United States Attorney