## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. TDC 22-48** |
| | * | |
| **THADDEUS LAMONT WILLS, and** | * | |
| **KEIONTA SHAWN HAGENS,** | * | |
| | * | |
| | * | |
| **Defendants.** | | |

\*\*\*\*\*\*\*

### NOTICE-MOTIONS TO SEVER CAN BE DISMISSED AS MOOT

The parties are submitting this Notice pursuant to the Court's Order dated January 2, 2024, and filed as ECF 215.  The parties do hereby notify the Court that the issues raised by the defendants in their motions to sever filed as ECF 121 and 131 are moot for the reasons set forth in the Joint Status Report filed as ECF 212.  The defense motions to sever can therefore be dismissed as moot.

Even though this Notice is being filed by Government counsel, it has been reviewed by defense counsel and should be considered as a joint filing.

Respectfully submitted,

Erek L. Barron
United States Attorney
District of Maryland


By: _____
William D. Moomau
Patrick D. Kibbe
Assistant United States Attorneys
United States Attorney's Office
6500 Cherrywood Lane, Suite 200
Greenbelt, MD  20770

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2024, the foregoing Notice was filed electronically and thus served upon defense counsel.

_____
William D. Moomau
Assistant United States Attorney